NO. 07-07-0247-CR
NO. 07-07-0248-CR
NO. 07-07-0249-CR
NO. 07-07-0250-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JULY 6, 2007

_____

BETTY JO LEONARD, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NOS. 54,855-D; 55,454-D; 55,498-D; 55,604-D; HONORABLE DON EMERSON, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court are Appellant Betty Joe Leonard's motions to dismiss the above referenced appeals. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motions are signed by Appellant and her attorney. No decisions of this

Court having been delivered, the motions are granted and the appeals are dismissed.  No motions for rehearing will be entertained and our mandates will issue forthwith.

Accordingly, the appeals are dismissed.

Patrick A. Pirtle
Justice

Do not publish.